RUTH CHAMBERLAIN, as Administratrix of the Estate of CHARLES H. CHAMBERLAIN, Deceased, Appellant, *v.* LEHIGH VALLEY RAILROAD COMPANY, Respondent.

(Submitted January 26, 1925; decided February 3, 1925.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements.   (See 238 N. Y. 233.)

---

AMERICAN UNION LINE, INC., Appellant, *v.* ORIENTAL NAVIGATION CORPORATION, Respondent.

(Submitted January 26, 1925; decided February 3, 1925.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements.   (See 239 N. Y. 207.)

---

NOD-AWAY COMPANY, INC., Appellant, *v.* ROBERT E. CARROLL, Respondent.

*Appeal — failure to perfect appeal within required time after obtaining permission to appeal.*

*Nod-Away Co., Inc.,* v. *Carroll,* 209 App. Div. 907, appeal dismissed. (Submitted January 26, 1925; decided February 3, 1925.)

MOTION to dismiss an appeal, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 25, 1924, affirming a judgment in favor of defendant entered upon a decision of the Westchester County Court.

The motion was made upon the ground of failure to perfect the appeal within the required time after obtaining permission to appeal.

*Joseph A. Corbalis* for motion.

*William C. Prime* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless appellant within ten days pay to respondent ten dollars costs of this motion, in which case motion is denied.